**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

JEFFERY WILLIAM PAUL,         )
                                              )
                 Plaintiff,       )
    vs.                            )      No. 2:09-cv-345-LJM-DML
                                              )
UNITED STATES DISTRICT COURT    )
  SOUTHERN DISTRICT OF INDIANA    )
TERRE HAUTE DIVISION, et al.,      )
                                            )
               Defendants.      )

**E N T R Y**

       This cause is dismissed for failure to prosecute, a disposition based on the plaintiff's failure to file an amended complaint as previously directed.

       Judgment dismissing this action without prejudice shall now issue.

       **IT IS SO ORDERED.**

Date:  12/02/2009

                                       LARRY J. McKINNEY, JUDGE
                                       United States District Court
                                       Southern District of Indiana